■ In the Matter of KEITH SCHROEDER, Appellant, v H. KENNETH SCHROEDER, Respondent.—Motion to vacate dismissal of appeal denied as untimely (see, 22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, J. P., Boomer, Green, Balio and Davis, JJ.

■ BLANCHE B. MARCINIAK et al., Appellants, v COUNTY OF ERIE et al., Respondents.—Motions to dismiss appeal denied; notices of appeal served on October 30, 1989 shall be deemed timely (see, CPLR 5520 [a]). Present—Callahan, J. P., Boomer, Green, Balio and Davis, JJ.

■ In the Matter of LEONARD CORNISH, Appellant, v THOMAS COUGHLIN et al., Respondents.—Motion to withdraw as counsel denied as unnecessary inasmuch as appeal has been deemed abandoned and dismissed (22 NYCRR 1000.3 [b] [2] [i]). Present—Callahan, J. P., Boomer, Pine, Balio and Davis, JJ.